Jean H. Waxenberg, Appellant, v. Ethel G. Brown et al. (Mighell, Allen, Matthews and Jordan, and David J. Peffers, Appellees).

Gen. No. 9,698.

opinion filed February 13, 1942. George D. Carbary and Newhall & Givler, for appellant; Matthews, Jordan & Dean and David J.

268

Peffers, for appellees; Everett Jordan, David J. Peffers and Robert J. Janda, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."